

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2018

No. 04-18-00561-CV

**IN RE L.E.A. AND A.G.A., CHILDREN**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02472
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to October 22, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of September, 2018.

KEITH E. HOTTLE,
Clerk of Court